UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JAVIER MONGE, :
:
Plaintiff, :
: 21 Civ. 7664 (JPC)
-v- :
: ORDER
JOHNNY B'S REALTY, LLC and RUGO LLC, :
:
:
Defendants. :
:
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On December 20, 2021, the Court ordered Plaintiff "to file a status letter by December 27, 2021, describing (1) whether service of the amended summons and Amended Complaint has been made on Defendants, and (2) if service has not been effected on Defendants, whether Plaintiff requests an extension of time to serve Defendants." Dkt. 14 at 1. The deadline has passed and Plaintiff has not filed this ordered status letter. By January 4, 2022, Plaintiff shall file a status letter as outlined in the December 20, 2021 Order. If Plaintiff fails to file the status letter and/or the proof of service on the docket by the January 4, 2022 deadline, the Court may dismiss this case without further notice for failure to comply with the Court's orders and Rule 4(m) of the Federal Rules of Civil Procedure.

SO ORDERED.

Dated: December 28, 2021
New York, New York

_____
JOHN P. CRONAN
United States District Judge