```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JAVIER MONGE,                                                          :
                                                                       :
                            Plaintiff,                                 :
                                                                       :           21 Civ. 7664 (JPC)
              -v-                                                      :
                                                                       :                 ORDER
JOHNNY B'S REALTY, LLC and RUGO LLC,                                   :
                                                                       :
                            Defendants.                                :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On June 20, 2022, Plaintiff filed a letter motion "seeking an Order compelling Defendant to provide discovery responses, or in the alternative, striking Defendant's defenses, including its readily achievable affirmative defense." Dkt. 41 at 1. By order dated June 21, 2022, the Court directed Defendant to respond to Plaintiff's letter motion by June 23, 2022. Dkt. 42 at 1. The June 23 deadline has passed and Defendant has not filed any response to Plaintiff's letter motion as directed by the Court.

Accordingly, it is hereby ORDERED that, by June 27, 2022, Defendant shall file such response as directed by the Court in its June 21 Order. In the event Defendant once again fails to file such letter by the June 27 deadline, the Court will deem Plaintiff's letter motion unopposed and grant Plaintiff's requested relief.

SO ORDERED.

Dated: June 24, 2022
       New York, New York                              _____
                                                             JOHN P. CRONAN
                                                             United States District Judge