UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JAVIER MONGE,                                   Case: 1:21-CV-07664-JPC

                              Plaintiff,

   -against-

JOHNNY B'S REALTY, LLC and RUGO, LLC,

                            Defendants.
------------------------------------------------------------------X

## DEFENDANTS' COUNSELS' MOTION TO WITHDRAW AS ATTORNEY, FOR A SIXTY-DAY STAY FOR DEFENDANT TO RETAIN NEW COUNSEL

      Pursuant to Local Civil Rule 1.4, and in accordance with the Court's Part Rule 4(B), HAMRA LAW GROUP, P.C. ("HLG"), current counsel for Defendant, RUGO, LLC, moves this Court for an Order granting permission to withdraw as counsel to Defendant, RUGO, LLC, and for a 60-day stay for Defendant to retain new counsel.

      Counsel and Defendant find themselves at an impasse in the litigation process and Defendant has consented and requested the within application.

      The details of these issues are set forth in a proposed Declaration of Kevin S. Johnson, Esq., in Support of Motion to Withdraw.

      In conjunction with this application, I also request a 60-day stay, if the request to be relieved is granted, to allow Defendant to retain new counsel.

      WHEREFORE, I respectfully request that HAMRA LAW GROUP, P.C.'s within motion be granted in its entirety, and for such other and further relief as the Court may deem just and proper.

Dated: Great Neck, New York
September 29, 2022

HAMRA LAW GROUP, P.C.

*Kevin S. Johnson*

By:    Kevin S. Johnson, Esq.
*Attorneys for Defendants*
1 Linden Place, Suite 207
Great Neck, NY 10021
kjohnson@hamralawgroup.com
kevinsjohnson1@outlook.com

Plaintiff shall respond to Defendant's Counsel's motion to withdraw as attorney for Defendant and for a sixty-day stay by October 11, 2022.

SO ORDERED.

October 5, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge