UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                                  :

JAVIER MONGE,                              :
                                                  :

                        Plaintiff,         :
                                                    :               21 Civ. 7664 (JPC)

      -v-                           :

                                                  :               __ORDER__

JOHNNY B'S REALTY and RUGO LLC,    :
                                                  :

                       Defendants.     :
                                                  :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       It is hereby ORDERED that a representative from Defendant Rugo LLC be present at the telephonic hearing on Defendant's counsel's motion to withdraw as attorney scheduled for November 9, 2022, at 12:00 p.m.  At the scheduled time, Defendant should call (866) 434-5269, access code 9176261.  Defendant should be prepared to address whether it consents to counsel withdrawing its representation, and what efforts, if any, have been made to retain new counsel. *See Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 187 (2d Cir. 2006) ("[I]t is well-settled law that a corporation may appear in the federal courts only through licensed counsel . . . .").

       SO ORDERED.

Dated: November 4, 2022
       New York, New York                     _____
                                       JOHN P. CRONAN
                             United States District Judge