UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
JAVIER MONGE,                                                           :
                                                                        :
                              Plaintiff,                                :
                                                                        :          21 Civ. 7664 (JPC)
               -v-                                                      :
                                                                        :             ORDER
JOHNNY B'S REALTY and RUGO LLC,                                         :
                                                                        :
                              Defendants.                               :
                                                                        :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       For the reasons discussed at the November 9, 2022 hearing, the Court grants Kevin Scott

Johnson's motion to withdraw as counsel.  The Clerk of Court is respectfully directed to terminate

Mr. Johnson as counsel in this matter and close Docket Number 74.

       Defendant Rugo LLC is further ordered to retain new counsel by December 11, 2022.  *See*

*Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 187 (2d Cir. 2006) ("[I]t is well-settled law

that a corporation may appear in the federal courts only through licensed counsel . . . .").  Failure

to do so may result in a default judgment against Defendant.  By December 15, 2022, the parties

shall submit a joint status letter as to their settlement discussions and any remaining discovery.  If

there is any discovery left to be completed, the parties should also submit a revised case

management plan.  Finally, if Defendant Johnny B's Realty LLC is served and appears in this

matter, it should also join the status letter.

       SO ORDERED.

Dated: November 11, 2022                        _____
       New York, New York                              JOHN P. CRONAN
                                                      United States District Judge