```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                :
JAVIER MONGE,                                   :
                                                :
                        Plaintiff,              :
                                                :              21 Civ. 7664 (JPC)
        -v-                                     :
                                                :                  ORDER
JOHNNY B'S REALTY, LLC and RUGO LLC,            :
                                                :
                        Defendants.             :
                                                :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      On November 14, 2022, the Court granted Defendant Rugo LLC's counsel's motion to withdraw and ordered Defendant Rugo LLC to retain new counsel by December 11, 2022. Dkt. 81. Also in that order, the Court directed the parties to submit a joint status letter as to their settlement discussions and any remaining discovery by December 15, 2022. In addition, Defendant Johnny B'S Realty, LLC was served on November 17, 2022, making its deadline to respond to the Second Amended Complaint December 8, 2022. *See* Dkt. 82. All of these deadlines have passed without any compliance reflected on the docket. Accordingly, the Court extends Defendant Rugo LLC's deadline to retain new counsel to January 6, 2023. Defendant Johnny B'S Realty, LLC's deadline to respond to the complaint is also extended to January 6, 2023. Absent extraordinary circumstances, no further extensions or adjournments of these deadlines will be granted. If Defendants once again fail to comply with the Court's deadlines, Plaintiff shall seek certificates of default by January 13, 2023.

      SO ORDERED.

Dated: December 16, 2022  
       New York, New York  
                                                                 JOHN P. CRONAN  
                                                             United States District Judge