```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                    :
JAVIER MONGE,                                       :
                                                    :
                            Plaintiff,              :
                                                    :           21 Civ. 7664 (JPC)
               -v-                                  :
                                                    :                ORDER
RUGO LLC and JOHNNY B'S REALTY, LLC,                :
                                                    :
                            Defendants.             :
                                                    :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On February 8, 2023, Plaintiff moved for default judgment as to Defendants Rugo LLC and Johnny B's Realty, LLC. Dkt. 89. The Court previously directed Plaintiff to serve his motion for default judgment on Defendants no later than February 10, 2023, and to file proof of service on the docket no later than February 14, 2023. That deadline has passed, and the docket does not reflect any proof of such service. Accordingly, Plaintiff's deadline to serve Defendants with his motion for default judgment is adjourned to February 28, 2023. Plaintiff shall file proof of service on the docket no later than March 2, 2023. Defendants' deadline to respond to the motion for default judgment is adjourned to March 16, 2023. Plaintiff's reply, if any, shall be due March 23, 2023. The previously scheduled hearing at which Defendants shall appear and show cause as to why an order should not be issued granting default judgment, shall remain scheduled for April 11, 2023, at 1:00 p.m., via telephone. At the scheduled time, the parties should call (866) 434-5269. Plaintiff shall serve Defendants via overnight courier with a copy of this order, and file proof of such service on the docket no later than February 24, 2023.

Plaintiff is on notice that further failure to comply with the Court's deadlines may result in an order dismissing the case for failure to prosecute.

SO ORDERED.

Dated: February 21, 2023
New York, New York

JOHN P. CRONAN
United States District Judge