```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JAVIER MONGE,                                                          :
                                                                       :
                            Plaintiff,                                 :
                                                                       :            21 Civ. 7664 (JPC)
              -v-                                                      :
                                                                       :            DEFAULT JUDGMENT
RUGO LLC and JOHNNY B'S REALTY, LLC,                                   :                 ORDER
                                                                       :
                            Defendants.                                :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Plaintiff has moved for a default judgment against Defendants Rugo LLC and Johnny B's Realty, LLC. Dkt. 89. For reasons stated on the record on April 11, 2023 at the default judgment hearing in this case, the Court grants Plaintiff's motion for a default judgment to the following extent:

1. Within sixty days of Plaintiff's filing of proof of service of this Order, Defendants must provide Plaintiff's counsel with a remediation plan to addresses the violations of the Americans with Disability Act Accessibility Guidelines that are alleged in Plaintiff's Second Amended Complaint;

2. Within thirty days of Plaintiff's receipt of Defendants' remediation plan, Plaintiff must file a consent to the plan or seek further relief from the Court; and

3. Within sixty days of Plaintiff's consent to the remediation plan or subsequent Order of this Court ordering particular alterations, Defendants must make the necessary alterations, absent further order of the Court extending this deadline.

Plaintiff may apply for attorneys' fees and costs at the conclusion of this case.

Plaintiff must serve Defendants with a copy of this Order within one week of the date of this Order. Within two business days of service, Plaintiff must file proof of such service on the docket.

SO ORDERED.

Dated: April 11, 2023
       New York, New York

_____
JOHN P. CRONAN
United States District Judge